**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ENTERGY NEW ORLEANS, INC.** | **CIVIL ACTION NO. 2:08-cv-3747** |
| **Plaintiffs,** | |
| **versus** | **SECTION B (LEMELLE)** |
| **MACY'S RETAIL HOLDINGS, INC., ET AL.** | |
| **Defendants** | **MAGISTRATE 3 (KNOWLES)** |

# **DISCLOSURE STATEMENT**

Third Party Defendant Girod Street, L.L.C. makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6E:

1. Is party a publicly held corporation or other publicly held entity?

   { } Yes { x } No

2. Does party have any parent corporations?

   { x } Yes { } No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations: Girod Street, L.L.C. is owned by PERS Holding Company Limited, L.L.C., a Delaware limited liability company formed by the Public Employees Retirement System of Ohio.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity? { } Yes { x } No
   If yes, identify all such owners: ___________________________________

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

{ } Yes { x } No

If yes, identify entity and nature of interest: ______________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

This 18th day of February, 2009.

Respectfully submitted,

***/s/ Michael B. DePetrillo***

R. LEWIS MCHENRY (#1939)
MICHAEL B. DEPETRILLO (#31130)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue
New Orleans, Louisiana 70170
Telephone: (504) 582-8216
Telecopier: (504) 589-8216

Attorneys for third-party defendant, New Orleans Centre Street, LLC

Of Counsel:

SCOTT M. TYLER
*Pro hac vice* motion pending
NEIL T. BLOOMFIELD
*Pro hac vice* motion pending
Moore & Van Allen, PLLC
100 North Tryon Street - Floor 47
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded this day to all counsel of record, ☒ by CM/ECF, ☐ by e-mail, ☐ by facsimile, ☐ by overnight delivery, ☐ by hand, ☐ by United States mail.

New Orleans, Louisiana, this 18th day of February, 2009.

***/s/ Michael B. DePetrillo***